**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COORPERATIVE MEDICAL CARE CORPORATION, P.A. | ) | CASE NO: 1:21-CV-00046 |
| | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| MEDICAL SYNERGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff, Cooperative Medical Care Corporation, P.A. ("Plaintiff"), by and

through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

hereby give notice of dismissal of this matter without prejudice.

Respectfully submitted,

*/s/ Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
Frederick & Berler LLC
767 E. 185th Street
Cleveland, OH 44119
(216) 502-1055 (phone)
(216) 609-0750 (fax)
ronf@ClevelandConsumerLaw.com
mikeb@ClevelandConsumerLaw.com
michaelf@ClevelandConsumerLaw.com

## CERTIFICATE OF SERVICE

The foregoing was filed electronically this 20th day of May 2022 and will be served by the

Court ECF system.  Additionally, a copy is being sent via regular U.S. Mail, to the following:

MEDICAL SYNERGY, INC.
8825 N. 23rd Ave., Ste. 100
Phoenix, AZ  85021

/s/ Ronald I. Frederick
Ronald I. Frederick (#0063609)
Frederick & Berler, LLC