**IT IS SO ORDERED.**

*s/Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COORPERATIVE MEDICAL CARE CORPORATION, P.A. | ) | CASE NO: 1:21-CV-00046 |
| | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| MEDICAL SYNERGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff, Cooperative Medical Care Corporation, P.A. ("Plaintiff"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice of dismissal of this matter without prejudice.

            Respectfully submitted,

            */s/ Ronald I. Frederick*
            Ronald I. Frederick (#0063609)
            Michael L. Berler (#0085728)
            Michael L. Fine (#0077131)
            Frederick & Berler LLC
            767 E. 185th Street
            Cleveland, OH 44119
            (216) 502-1055 (phone)
            (216) 609-0750 (fax)
            ronf@ClevelandConsumerLaw.com
            mikeb@ClevelandConsumerLaw.com
            michaelf@ClevelandConsumerLaw.com